UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:

**Julio Vasquez**,

    Plaintiff,

vs.

**AJJA, LLC**, a Florida limited liability
company, and **Cristian D'Oria**, individually,

    Defendants.
_____/

## NOTICE OF REMOVAL
## (FLSA COMPLAINT)

    Defendants, AJJA, LLC and Cristian D'Oria, by and through undersigned counsel and pursuant to 28 U.S.C. §§1441 and 1446 hereby remove this action from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, where the action is now pending, to the United States District Court for the Southern District of Florida. The removal of this action is based upon the following:

    1.    On or about March 10, 2016, Plaintiff, Julio Vasquez, filed a civil action in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida entitled *Vasquez vs. AJJA, LLC, et al.*, Case No.: 2016-006006-CA-01 (hereinafter referred to as the "Circuit Court Action"). True and correct copies of all process, pleadings, orders and other papers or exhibits of every kind currently on file in the Circuit Court Action are attached hereto as **Composite Exhibit "1"**, as required by 28 U.S.C. § 1446(a). No other process, pleadings or orders have been served upon Defendants in this action. AJJA, LLC and Cristian D'Oria are the only Defendants in this action.

    2.    The Complaint asserts causes of action for violation of 29 U.S.C. § 201 *et seq*. Thus, this action is within the original Federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331, in that is contains claims that arise under federal law, to wit: 29 U.S.C. § 201 *et seq*.

    3.    On or around May 23, 2016, a copy of the Circuit Court Action was served upon

Defendant AJJA, LLC, through its registered agent, and Defendant Cristian D'Oria. This constitutes the Defendants' first legal notice of the Circuit Court action for purposes of removal.

4. This Notice of removal is timely filed without waiver pursuant to 28 U.S.C. §1446(b) within thirty days (30) from the date on which Defendants received notice of the Circuit Court Action.

5. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. §1441.

6. The District and Division embracing the place where the action is pending is the United States District Court for the Southern District of Florida, Miami Division. 28 U.S.C. §1441(a).

7. Pursuant to 28 U.S.C. § 1446(d), Defendants will provide written notice to the Plaintiff and state court that this action has been so removed. Written notice will be filed in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, substantially in the form of "Notice of Filing Notice of Removal" attached hereto as **Exhibit** "**2**".

WHEREFORE, AJJA, LLC and Cristian D'Oria respectfully request that this action now pending in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida be removed therefrom to this Court.

Anthony F. Sanchez, P.A.
Counsel for Defendants
6701 Sunset Drive, Suite 101
Miami, FL 33143
Tel.:  305-665-9211
Fax:   305-328-4842
E-mail: afs@laborlawfla.com

By:   /s/Anthony F. Sanchez
       Anthony F. Sanchez
       Florida Bar No.0789925

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 22, 2016 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served on all counsel of record and parties listed on the Service List below.

Anthony F. Sanchez, P.A.
Counsel for Defendants
6701 Sunset Drive, Suite 101
Miami, FL 33143
Tel.:   305-665-9211
Fax:   305-328-4842
E-mail: afs@laborlawfla.com

By:   /s/Anthony F. Sanchez
      Anthony F. Sanchez
      Florida Bar No.0789925

## SERVICE LIST

| | |
|---|---|
| Peter M. Hoogerwoerd, Esq.<br>Florida Bar No.: 0188239<br>Email: pmh@rgpattorneys.com<br>***Counsel for Plaintiff***<br>REMER & GEORGES-PIERRE, PLLC<br>44 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Tel:    305-416-5000<br>Fax:   305-416-5005<br>*via U.S. Mail, email and Notice of Electronic Filing* | Anthony F. Sanchez, Esq.<br>Florida Bar No.: 0789925<br>Email: afs@laborlawfla.com<br>***Counsel for Defendants***<br>ANTHONY F. SANCHEZ, P.A.<br>6701 Sunset Drive, Suite 101<br>Miami, FL 33143<br>Tel:    305-665-9211<br>Fax:   305-328-4842<br>*via Notice of Electronic Filing* |