Home (http://www.miami-dadeclerk.com/home.asp)
Online Services (http://www.miami-dadeclerk.com/online_services.asp)
About Us (http://www.miami-dadeclerk.com/about.asp)   Contact Us (http://www.miami-dadeclerk.com/contact.asp)
My Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)



# Miami-Dade County Civil, Family and Probate Courts Online System

⟋ Back to Search

## JULIO VASQUEZ VS AJJA LLC ET AL

**Local Case Number:** 2016-006006-CA-01

**Filing Date:** 03/10/2016

**State Case Number:** 132016CA006006000001

**Case Type:** Other Civil Complaint

**Consolidated Case No.:** N/A

**Judicial Section:** CA08

**Case Status:** OPEN

⬆ **Parties**                                    **Number of Parties: 3**   ％

**Hearing Details**                              **Number of Hearing: 0**   ％

μ **Dockets**                                    **Dockets Retrieved: 13**   7

| Date | Book/Page | Docket Entry | Event Type | Comments |
|------|-----------|--------------|------------|----------|

COMPOSITE EXHIBIT 1

6/22/2016 9:46 AM

| | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| | 06/13/2016 | | Motion for Extension of Time | Event | |
| R | 05/25/2016 | | Service Returned | Event | |
| R | 05/25/2016 | | Service Returned | Event | |
| | 05/12/2016 | | Receipt: | Event | **RECEIPT#:3660145 AMT PAID:$20.00 NAME:PETER HOOGERWOERD 1441 BRICKELL AVE MIAMI FL 33131 ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:E-FILING ACH** |
| | 05/11/2016 | | 20 Day Summons Issued | Service | |
| R | 05/11/2016 | | ESummons 20 Day Issued | Event | *Parties: D Oria Christian* |
| | 05/11/2016 | | 20 Day Summons Issued | Service | |
| R | 05/11/2016 | | ESummons 20 Day Issued | Event | *Parties: AJJA LLC* |
| R | 05/09/2016 | | (M) 20 Day (P) Summons (Sub) Received | Event | |
| R | 05/09/2016 | | (M) 20 Day (C) Summons (Sub) Received | Event | |

| | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| | 03/11/2016 | | Receipt: | Event | **RECEIPT#:3700143 AMT PAID:$401.00 NAME:PETER HOOGERWOERD 1441 BRICKELL AVE MIAMI FL 33131 ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AMT:$401.00 RECEIPT DATE:03/11/** |
| R | 03/10/2016 | | Complaint | Event | |
| R | 03/10/2016 | | Civil Cover | Event | |

⟋ Back to Search

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers). To review the complete Miami-Dade County Disclaimer, follow this link: http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)

Online Case Home (default.aspx)  |
Family Court Information (http://www.miami-dadeclerk.com/families_court.asp)  |
Probate Court Information (http://www.miami-dadeclerk.com/families_probate.asp)  |
Email (http://feedback.miamidade.gov/Community/se.ashx?s=57F314587A23E37E)  |
Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/ocs/Search.aspx)  |
Home (http://www.miami-dadeclerk.com/home.asp)  |
Privacy Statement (http://www.miamidade.gov/info/privacy_and_security.asp)  |
Disclaimer (http://www.miamidade.gov/info/disclaimer.asp)  |
Contact Us (http://www.miami-dadeclerk.com/contact.asp)  |
About Us (http://www.miami-dadeclerk.com/about.asp)
2015 Clerk of the Courts. All Rights reserved.

MIAMI-DADE COUNTY (http://www.miamidade.gov)

S0142976

COMPOSITE EXHIBIT 1

6/22/2016 9:46 AM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

**I.     CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

Case No.: _____
Judge: _____

Plaintiff
         vs.

Defendant

**II.     TYPE OF CASE**

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
  ☐   Business governance
  ☐   Business torts
  ☐   Environmental/Toxic tort
  ☐   Third party indemnification
  ☐   Construction defect
  ☐   Mass tort
  ☐   Negligent security
  ☐   Nursing home negligence
  ☐   Premises liability – commercial
  ☐   Premises liability – residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
  ☐   Commercial foreclosure $0 - $50,000
  ☐   Commercial foreclosure $50,001 - $249,999
  ☐   Commercial foreclosure $250,000 or more
  ☐   Homestead residential foreclosure $0 – 50,000
  ☐   Homestead residential foreclosure $50,001 - $249,999
  ☐   Homestead residential foreclosure $250,000 or more
  ☐   Non-homestead residential foreclosure $0 - $50,000
  ☐   Non-homestead residential foreclosure $50,001 - $249,999
  ☐   Non-homestead residential foreclosure $250,00 or more

☐ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 - $249,999
☐ Other real property actions $250,000 or more

☐ Professional malpractice
  ☐   Malpractice – business
  ☐   Malpractice – medical
  ☐   Malpractice – other professional
☐ Other
  ☐   Antitrust/Trade Regulation
  ☐   Business Transaction
  ☐   Circuit Civil - Not Applicable
  ☐   Constitutional challenge-statute or ordinance
  ☐   Constitutional challenge-proposed amendment
  ☐   Corporate Trusts
  ☐   Discrimination-employment or other
  ☐   Insurance claims
  ☐   Intellectual property
  ☐   Libel/Slander
  ☐   Shareholder derivative action
  ☐   Securities litigation
  ☐   Trade secrets
  ☐   Trust litigation

COMPOSITE EXHIBIT 1

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.  **REMEDIES SOUGHT** (check all that apply):
    ☒  Monetary;
    ☐  Non-monetary
    ☒  Non-monetary declaratory or injunctive relief;
    ☐  Punitive

IV.  **NUMBER OF CAUSES OF ACTION:** (   )
    (Specify)

    <u>6</u>

V.  **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐  Yes
    ☒  No

VI.  **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒  No
    ☐  Yes – If "yes" list all related cases by name, case number and court:

    <u>No</u>

VII.  **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒  Yes
    ☐  No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature <u>s/ Peter M Hoogerwoerd</u>    FL Bar No.: <u>188239</u>
    Attorney or party                         (Bar number, if attorney)

    <u>Peter M Hoogerwoerd 03/10/2016</u>
    (Type or print name)                   Date

COMPOSITE EXHIBIT 1

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

**JULIO VASQUEZ**,

           Plaintiff,                       CASE NO.:

vs.

**AJJA, LLC,**
a Florida Limited Liability Company,
**CHRISTIAN D'ORIA,** individually,

          Defendants.

_____/

## COMPLAINT

Plaintiff, JULIO VASQUEZ ("Plaintiff"), by and through the undersigned counsel, hereby sues Defendants, AJJA, LLC and CHRISTIAN D'ORIA ("Defendant(s)"), and in support avers as follows:

### GENERAL ALLEGATIONS

1.    This is an action by the Plaintiff for unpaid wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA").

2.    This Court has jurisdiction over Plaintiff's FLSA claims pursuant to the 29 U.S.C. § 216.

3.    Plaintiff was at all times relevant to this action, a resident of MIAMI DADE County, Florida, within the jurisdiction of this Honorable Court. Plaintiff is a covered employee for purposes of the FLSA.

4.    Defendant, AJJA, LLC is a Florida Limited Liability Company having its main place of business in MIAMI DADE County, Florida, where Plaintiff worked for Defendant, and at all times material hereto was and is engaged in interstate commerce.

5.    Defendant, CHRISTIAN D'ORIA, is a managing member of, and exercised operational control over the activities of, corporate Defendant, AJJA, LLC.

6.   Venue is proper in MIAMI DADE County because all of the actions that form the basis of this Complaint occurred within MIAMI DADE County and payment was due in MIAMI DADE County.

7.   Declaratory, injunctive, legal and equitable relief sought pursuant to the laws set forth above together with attorneys' fees, costs and damages.

8.   All conditions precedent for the filing of this action before this Court have been previously met, including the exhaustion of all pertinent administrative procedures and remedies.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

9.   Plaintiff performed work for Defendants as a non-exempt employee from on or about January of 2014, to on or about January 30, 2016.

10.  Throughout his employment, Plaintiff regularly worked in excess of forty (40) per week without being properly compensated for all hours worked.

11.  At all times material hereto, Defendants had or should have had full knowledge of all hours worked by Plaintiff, including those hours worked by Plaintiff in excess of forty (40) in a given work week.

12.  Throughout Plaintiff's employment, Plaintiff regularly and repeatedly complained and/or objected to the Defendants' failure to properly pay overtime wages.

13.  On January 30, 2016, Defendants terminated Plaintiff in retaliation for engaging in the protected activity described above.

## COUNT I
### Breach of Agreement Against AJJA, LLC

14.  Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 13 of this complaint as if set out in full herein.

15.   Defendant breached its agreement with Plaintiff by failing to pay the amount due to Plaintiff for services provided and performed under their agreement, and by not properly paying Plaintiff for all hours worked in violation of the laws of the United States and the State of Florida.

16.   Plaintiff suffered damages as a result of Defendant's breach of said agreement.

WHEREFORE, Plaintiff seeks damages from Defendant for breach of agreement, exclusive of pre-judgment interest, costs, and attorneys' fees and any and all other relief that this Honorable Court deems just and proper.

## COUNT II
### *Quantum Meruit Against AJJA, LLC*

17.   Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 13 of this complaint as if set out in full herein.

18.   Plaintiff has conferred a benefit onto Defendant by performing and providing services for Defendant.

19.   Defendant has knowledge of the services performed and provided and the benefit provided by Plaintiff.

20.   Defendant accepted Plaintiff's services to Defendant.

21.   Defendant retains an inequitable benefit from Plaintiff by not properly paying Plaintiff for all hours worked in violation of the laws of the United States and the State of Florida.

22.   Plaintiff seeks damages under *quantum meruit* that are the reasonable value of the services rendered to, provided to, and performed for Defendant.

WHEREFORE, Plaintiff seeks a judgment under *quantum meruit* for damages for the reasonable value of the services performed and provided for Defendant, interest and costs, and other damages deemed just by this Honorable Court.

## COUNT III
### *Unjust Enrichment Against AJJA, LLC*

23.    Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 13 of this complaint as if set out in full herein.

24.    Plaintiff has conferred a benefit upon Defendant for services performed and provided to Defendant.

25.    Defendant has knowledge of the services performed and provided by Plaintiff.

26.    Defendant voluntarily accepted the services performed and provided by Plaintiff.

27.    Defendant unjustly benefit from the services performed and provided by Plaintiff by not properly paying Plaintiff for all hours worked in violation of the laws of the United States and the State of Florida.

28.    Plaintiff seeks damages for the value of the work performed to Defendant.

WHEREFORE, Plaintiff seeks a judgment for unjust enrichment against Defendant, interest and costs, and other damages deemed just by this Honorable Court.

## COUNT IV
### *Wage & Hour Federal Statutory Violation Against AJJA, LLC*

29.    Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 13 of this complaint as if set out in full herein.

30.    This action is brought by Plaintiff to recover from Defendants unpaid overtime wage compensation, as well as an additional amount as liquidated damages, costs, and reasonable attorney's fees under the provisions of 29 U.S.C. § 201 *et seq.*

31.    Jurisdiction is conferred on this Court by Title 29 U.S.C. § 216(b).

32.    At all times pertinent to this Complaint, Defendant operated as an organization which sells and/or markets its services and/or goods to customers from throughout the United

COMPOSITE EXHIBIT 1

States and also provides its services for goods sold and transported from across state lines of other states, and the Defendant obtains and solicits funds from non-Florida sources, accepts funds from non-Florida sources, uses telephonic transmissions going over state lines to do its business, transmits funds outside the State of Florida, and otherwise regularly engages in interstate commerce, particularly with respect to its employees.

33. Upon information and belief, the annual gross revenue of the Defendant was at all times material hereto in excess of $500,000 per annum, and, by virtue of working in interstate commerce, otherwise satisfies the FLSA's coverage requirements.

34. By reason of the foregoing, the Defendant is and was, during all times hereafter mentioned, an enterprise engaged in commerce or in the production of goods for commerce as defined in §§ 3 (r) and 3(s) of the FLSA, 29 U.S.C. § 203(r) and 203(s). Defendant's business activities involve those to which the Fair Labor Standards Act applies. The Plaintiff's work for the Defendant likewise affects interstate commerce.

35. Plaintiff seeks to recover for unpaid wages accumulated from the date of hire and/or from 3 (three) years from the date of the filing of this complaint.

36. Defendant knew and/or showed reckless disregard of the provisions of the FLSA concerning the payment of overtime wages as required by the Fair Labor Standards Act and remain owing Plaintiff these unpaid wages since the commencement of Plaintiff's employment with Defendant as set forth above. As such, Plaintiff is entitled to recover double damages.

37. To the extent that Defendant never posted any notice, as required by the Fair Labor Standards Act and Federal Law, to inform employees of their federal rights to overtime and overtime wage payments, the statute of limitations for Plaintiff's FLSA claims is equitably tolled.

WHEREFORE, Plaintiff respectfully prays for the following relief against Defendant:

   A.  Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

   B.  Award Plaintiff actual damages in the amount shown to be due for unpaid overtime wage compensation, with interest;

   C.  Award Plaintiff an equal amount in double damages/liquidated damages;

   D.  Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

   E.  Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

**COUNT V**
*Wage & Hour Federal Statutory Violation Against CHRISTIAN D'ORIA*

38.  Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 13 of this complaint as if set out in full herein.

39.  At the times mentioned, Defendant was, and is now, a managing member of corporate Defendant, AJJA, LLC.

40.  Defendant was an employer of Plaintiff within the meaning of Section 3(d) of the "Fair Labor Standards Act" [29 U.S.C. § 203(d)], in that this individual Defendant acted directly in the interests of Defendant employer in relation to the employees of Defendant employer, including Plaintiff.

41.  Defendant had operational control of the business and is thus jointly liable for Plaintiff's damages.

42.  Defendant willfully and intentionally refused to properly pay Plaintiff wages as required by the law of the United States as set forth above and remains owing Plaintiff these

wages since the commencement of Plaintiff's employment with Defendant as set forth above.

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

    A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

    B. Award Plaintiff actual damages in the amount shown to be due for unpaid overtime wage compensation, with interest;

    C. Award Plaintiff an equal amount in double damages/liquidated damages;

    D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

    E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

**COUNT VI**
***FLSA Retaliation Violation Against AJJA, LLC***

43.     Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 13 of this complaint as if set out in full herein.

44.     29 U.S.C. § 215(a)(3) of the FLSA states that it is a violation to "discharge or in any other manner discriminate against any employee because such employee has filed any complaint or instituted or caused to be instituted any proceeding under or related to this Act, or has testified or is about to testify in any such proceeding, or has served or is about to serve on an industry committee."

45.     Defendant's conduct as set forth above constitutes a violation of the FLSA's anti-retaliation provision.

46. The motivating factor that caused Plaintiff's adverse employment action as described above was Plaintiff's complaint regarding not being properly paid for all hours worked.

47. The Defendant's conduct was in direct violation of the FLSA, and, as a direct result, Plaintiff has been damaged.

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Enter judgment against the Defendant for all back wages from the date of discharge to the present date and an equal amount of back wages as liquidated damages, and;

C. Enter judgment against the Defendant for all front wages until Plaintiffs become 65 years of age; and

D. Enter an award against Defendant and award Plaintiff compensatory damages for mental anguish, personal suffering, and loss of enjoyment of life;

E. Award Plaintiff the costs of this action, together with reasonable attorneys' fees; and

F. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

## JURY DEMAND

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated March 10, 2016

Respectfully submitted,

*/s/ Peter M. Hoogerwoerd*
Peter M. Hoogerwoerd, Esq.
Florida Bar No. 0188239
pmh@rgpattorneys.com
Waynice A. Green Esq.
Florida Bar No. 0116175
wgreen@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler St., Suite 2200
MIAMI, FL 33130
Telephone: 305-416-5000
Facsimile: 305-416-5005

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

**JULIO VASQUEZ,**

                Plaintiff,                  CASE NO.:

vs.

**AJJA, LLC,**
a Florida Limited Liability Company,
**CHRISTIAN D'ORIA,** individually,

                Defendants.

_____/

### SUMMONS IN A CIVIL CASE

**TO: AJJA, LLC** through its Registered Agent:

                NICK WJR STIELGLITZ
                6855 SW 81 STREET, 100
                MIAMI, FL 33143

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

                PETER M. HOOGERWOERD, ESQ.
                REMER & GEORGES-PIERRE, PLLC.
                44 WEST FLAGLER STREET
                SUITE 2200
                MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
**CLERK**                      **DATE**

_____
(BY) DEPUTY CLERK

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

**JULIO VASQUEZ**,

    Plaintiff,      CASE NO.:

vs.

**AJJA, LLC,**
a Florida Limited Liability Company,
**CHRISTIAN D'ORIA,** individually,

   Defendants.

_____/

## SUMMONS IN A CIVIL CASE

**TO:**

    CHRISTIAN D'ORIA
    120 NE 1ST STREET
    MIAMI, FL 33132

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    PETER M. HOOGERWOERD, ESQ.
    REMER & GEORGES-PIERRE, PLLC.
    44 WEST FLAGLER STREET
    SUITE 2200
    MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of
this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint.  You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

_____

CLERK          DATE

_____

(BY) DEPUTY CLERK

COMPOSITE EXHIBIT 1

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

**JULIO VASQUEZ,**

        Plaintiff,

CASE NO.: 2016-006006-CA-01

vs.

**AJJA, LLC,**
a Florida Limited Liability Company,
**CHRISTIAN D'ORIA,** individually,

        Defendants.

_____/

### SUMMONS IN A CIVIL CASE

**TO: AJJA, LLC** through its Registered Agent:

        NICK WJR STIELGLITZ
        6855 SW 81 STREET, 100
        MIAMI, FL 33143

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

        PETER M. HOOGERWOERD, ESQ.
        REMER & GEORGES-PIERRE, PLLC.
        44 WEST FLAGLER STREET
        SUITE 2200
        MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

_____

CLERK                   DATE

_____

(BY) DEPUTY CLERK

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

**JULIO VASQUEZ**,

       Plaintiff,              CASE NO.: 2016-006006-CA-01

vs.

**AJJA, LLC,**
a Florida Limited Liability Company,
**CHRISTIAN D'ORIA,** individually,

       Defendants.

_____/

## SUMMONS IN A CIVIL CASE

**TO:**

            CHRISTIAN D'ORIA
            120 NE 1ST STREET
            MIAMI, FL 33132

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

            PETER M. HOOGERWOERD, ESQ.
            REMER & GEORGES-PIERRE, PLLC.
            44 WEST FLAGLER STREET
            SUITE 2200
            MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK                      DATE

_____
(BY) DEPUTY CLERK

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

**JULIO VASQUEZ**,

        Plaintiff,                CASE NO.: 2016-006006-CA-01

vs.

**AJJA, LLC,**
a Florida Limited Liability Company,
**CHRISTIAN D'ORIA,** individually,

        Defendants.

_____/

### SUMMONS IN A CIVIL CASE

**TO: AJJA, LLC** through its Registered Agent:

                NICK WJR STIELGLITZ
                6855 SW 81 STREET, 100
                MIAMI, FL 33143

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

                PETER M. HOOGERWOERD, ESQ.
                REMER & GEORGES-PIERRE, PLLC.
                44 WEST FLAGLER STREET
                SUITE 2200
                MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Arabella  Flores 309876             5/11/2016

CLERK                           DATE
     Harvey Ruvin,
     Clerk of Courts

_____

(BY) DEPUTY CLERK

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

**JULIO VASQUEZ,**

      Plaintiff,                CASE NO.: 2016-006006-CA-01

vs.

**AJJA, LLC,**
a Florida Limited Liability Company,
**CHRISTIAN D'ORIA,** individually,

      Defendants.

_____/

### SUMMONS IN A CIVIL CASE

**TO:**

      CHRISTIAN D'ORIA
      120 NE 1ST STREET
      MIAMI, FL 33132

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

      PETER M. HOOGERWOERD, ESQ.
      REMER & GEORGES-PIERRE, PLLC.
      44 WEST FLAGLER STREET
      SUITE 2200
      MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

_Shadrake  Flores_ 309876             5/11/2016

**CLERK**                         **DATE**
  Harvey Ruvin,
  Clerk of Courts

(BY) DEPUTY CLERK

~~RETURN OF SERVICE~~

**State of FLORIDA**            **County of MIAMI-DADE**                    **Circuit Court**

Case Number: 2016-006006-CA-01

Plaintiff:
**JULIO VASQUEZ**

vs.

Defendant:
**AJJA, LLC. ET. AL.,**

For:
Peter Michael Hoogerwoerd
REMER & GEORGES-PIERRE, PLLC.
44 West Flagler Street
Suite 2200
Miami, FL  33130

Received by OJF SERVICES, INC. on the 17th day of May, 2016 at 8:53 am to be served on **AJJA, LLC., 6855 SW 81 STREET, 100, MIAMI, FL 33134.**

I, GREG SCHULTE, do hereby affirm that on the **23rd day of May, 2016 at 12:05 pm, I:**

**CORPORATE:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **CHRISTIAN D'ORIA** as **PRESIDENT** for **AJJA, LLC.,** at the address of: **120 NE 1ST, MIAMI, FL 33132,** and informed said person of the contents therein, in compliance with state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016007208

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



COMPOSITE EXHIBIT 1

Filing # 41265788 E-Filed 05/09/2016 06:56:49 PM

6

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

**JULIO VASQUEZ,**

      Plaintiff,

vs.

**AJJA, LLC,**
a Florida Limited Liability Company,
**CHRISTIAN D'ORIA,** individually,

      Defendants.

_____/

CASE NO.: 2016-006006-CA-01

*Pres*

*Christian*
*D ovia*
*5/23*
*12 05p*

## SUMMONS IN A CIVIL CASE

**TO: AJJA, LLC** through its Registered Agent:

      NICK WJR STIELGLITZ
      6855 ~~SW 81 STREET~~, 100
      ~~MIAMI, FL~~ 33143

*②120 NE 1 St*
*Miami, Fl 2013*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

      PETER M. HOOGERWOERD, ESQ.
      REMER & GEORGES-PIERRE, PLLC.
      44 WEST FLAGLER STREET
      SUITE 2200
      MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

*Jhooala  flava* 309876

**CLERK**
    Harvey Ruvin,
    Clerk of Courts

(BY) DEPUTY CLERK

5/11/2016

**DATE**



7208.

RETURN OF SERVICE

**State of FLORIDA**          **County of MIAMI-DADE**          **Circuit Court**

Case Number: 2016-006006-CA-01

Plaintiff:
**JULIO VASQUEZ**

vs.

Defendant:
**AJJA, LLC. ET. AL.,**

For:
Peter Michael Hoogerwoerd
REMER & GEORGES-PIERRE, PLLC.
44 West Flagler Street
Suite 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 17th day of May, 2016 at 8:53 am to be served on **CHRISTIAN D'ORIA, 120 NE 1 STREET, MIAMI, FL 33132.**

I, GREG SCHULTE, do hereby affirm that on the **23rd day of May, 2016 at 12:05 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **CHRISTIAN D'ORIA** at the address of: **120 NE 1 STREET, MIAMI, FL 33132** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016007206

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



COMPOSITE EXHIBIT 1

Filing # 41265788 E-Filed 05/09/2016 06:56:49 PM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

**JULIO VASQUEZ,**

      Plaintiff,                CASE NO.: 2016-006006-CA-01

vs.

**AJJA, LLC,**
a Florida Limited Liability Company,
**CHRISTIAN D'ORIA,** individually,

      Defendants.

_____/

## SUMMONS IN A CIVIL CASE

5/23
1205P

TO:

$P$

      CHRISTIAN D'ORIA
      120 NE 1ST STREET
      MIAMI, FL 33132

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

      PETER M. HOOGERWOERD, ESQ.
      REMER & GEORGES-PIERRE, PLLC.
      44 WEST FLAGLER STREET
      SUITE 2200
      MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

Andre  Flores **309876**              5/11/2016

**CLERK**                         **DATE**
Harvey Ruvin,
Clerk of Courts

(BY) DEPUTY CLERK



MILITARY

YES    NO

COMPOSITE EXHIBIT 1               7706.

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

**Julio Vasquez**,                                                     CASE NO.:  2016-006006-CA-01

        Plaintiff,

vs.

**AJJA, LLC**, a Florida limited liability company,
**Christian D'Oria [*sic*]**, individually,

        Defendants.
_____/

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, AJJA, LLC, a Florida limited liability company, and Cristian D'Oria, individually, by and through undersigned counsel, hereby move the Court for an extension of time to respond to Plaintiff's Complaint, and state as follows:

    1.     The Complaint in the above-captioned matter was served on respective Defendants on May 23, 2016.

    2.     A Response to the Complaint would be due no later than Monday, June 13, 2016.

    3.     Undersigned counsel was retained on June 13, 2016 to represent Defendants in the above-captioned matter.

    4.     Defendants request an extension of time of fourteen (14) days within which to file a response to Plaintiff's Complaint.

    5.     This is the first extension of time requested by Defendants and is not sought for purposes of delay.

    6.     In anticipation of representing the Defendants, undersigned counsel discussed the contents of this motion and the relief sought herein with counsel for the Plaintiff, who indicated

he would not agree to any relief or discuss the case until such time as Defendants were formally represented by counsel.

WHEREFORE, Defendants AJJA, LLC and Cristian D'Oria request this Honorable Court grant Defendants' Motion for Extension of Time to Respond to Plaintiff's Complaint and afford Defendants an additional fourteen (14) days within which to respond to Plaintiff's Complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 13, 2016 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served on all counsel of record and parties listed on the Service List below.

ANTHONY F. SANCHEZ, P.A.
Counsel for Defendants
6701 Sunset Drive, Suite 101
MIAMI, FL 33143
Tel.:   305-665-9211
Fax:   305-328-4842
E-mail: afs@laborlawfla.com

By:   /s/Anthony F. Sanchez
Anthony F. Sanchez
Florida Bar No.0789925

## SERVICE LIST

Peter M. Hoogerwoerd, Esq.
Florida Bar No.: 0188239
Email: pmh@rgpattorneys.com
***Counsel for Plaintiff***
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
Tel:    305-416-5000
Fax:   305-416-5005
*via Notice of Electronic Filing*

Anthony F. Sanchez, Esq.
Florida Bar No.: 0789925
Email: afs@laborlawfla.com
***Counsel for Defendants***
ANTHONY F. SANCHEZ, P.A.
6701 Sunset Drive, Suite 101
MIAMI, FL 33143
Tel:    305-665-9211
Fax:   305-328-4842
*via Notice of Electronic Filing*

2